WENDY J. HARRISON (014461)
TY D. FRANKEL (027179)
LAW OFFICES OF BONNETT,
FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012-3311
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
wharrison@bffb.com
tfrankel@bffb.com

ADAM GONNELLI (*Pro Hac Vice*)
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
agonnelli@faruqilaw.com

Attorneys for Plaintiffs
PATRICIA ANDERSON and
JAMES KWASIBORSKI

DEANNA R. RADER (SBN: 020448)
GORDON & REES LLP
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone: (602) 794-2460
Facsimile:   (602) 265-4716
drader@gordonrees.com

MICHAEL D. BRUNO (Admitted *Pro Hac Vice*)
BRIAN P. MASCHLER (Admitted *Pro Hac Vice*)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054
mbruno@gordonrees.com
bmaschler@gordonrees.com

Attorneys for Defendant
ZIPREALTY, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PATRICIA ANDERSON and JAMES KWASIBORSKI, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     vs.<br><br>ZIPREALTY, INC.,<br><br>            Defendant. | CASE NO.  2:12-cv-00332-JAT<br><br>**NOTICE OF SETTLEMENT** |

The Parties hereby notify the Court that they have reached a settlement of the lawsuit.  This is an FLSA collective class action settlement subject to Court approval. The Parties will be filing a Joint Motion for Final Approval of the Collective Class Action Settlement Agreement ("Joint Motion").  The Parties have agreed to stay all litigation proceedings in this case pending the Court's ruling on the Parties' Joint Motion.

-1-
NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| 1 | Dated: January 16, 2013 | Respectfully submitted, |
| 2 | | FARUQI & FARUQI, LLP |
| 4 | | By: /s/ Adam Gonnelli<br>       ADAM GONNELLI |
| 5-6 | | Counsel for Plaintiffs PATRICIA ANDERSON and JAMES KWASIBORSKI |
| 7 | Dated: January 16, 2013 | Respectfully submitted, |
| 8 | | GORDON & REES LLP |
| 10-11 | | By: /s/ Brian P. Maschler<br>       MICHAEL D. BRUNO<br>       BRIAN P. MASCHLER |
| 12 | | Counsel for Defendant ZIP REALTY, INC. |

**Gordon & Rees LLP**
111 W. Monroe Street
Suite 1600
Phoenix, AZ 85003

-2-
NOTICE OF SETTLEMENT